IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
CLERK

10:26 am, Mar 07, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**RONNY DE LOS SANTOS, Individually and on Behalf of All Others Similarly Situated,**

              **Plaintiff,**

-against-

**GSCR LLC, MARIO GATTI, and MATTHEW GUIFFRIDA, Jointly and Severally,**

              **Defendants.**

2:21-cv-06391 (JMA)(ARL)

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Named Plaintiff Ronny De Los Santos, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all causes of action in the complaint against All Defendants, consisting of GSCR LLC, Mario Gatti and Matthew Guiffrida, without prejudice. PLEASE TAKE FURTHER NOTICE that each of the Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to Plaintiff's claims. Dismissal of the Defendants and of the Action under Rule 41(a)(1) is therefore appropriate.

Dated: New York, New York
      March 4, 2022

Case closed.
SO ORDERED.
/s/ JMA, USDJ
3/7/2022

Respectfully submitted,

**PELTON GRAHAM LLC**

By:    */s/ Brent E. Pelton*
Brent E. Pelton, Esq.
111 Broadway, Suite 1503
New York, NY 10006
Tel: (212) 385-9700
Email: pelton@peltongraham.com

*Attorneys for Plaintiff*

1